# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9470
jtemkin@maglaw.com

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 31, 2021

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: **United States v. Peltz**, Case No. 1:21-cr-00154

Dear Judge Garaufis:

  This firm represents Jason Peltz, the defendant in the above-referenced action.

  On December 21, 2020, Mr. Peltz was arrested on a Criminal Complaint and was released on a $100,000 personal recognizance bond, which was co-signed by his mother. In addition to other conditions, Mr. Peltz's travel was restricted to New York City and Long Island. I respectfully submit this letter to request that the Court modify Mr. Peltz's bail conditions to permit him to travel to and from Westchester and Rockland counties. The government has informed me that it does not object to this request and U.S. Pretrial Services Officer Melissa Roman has informed my colleague Ryan McMenamin that she likewise has no objection to this request.

  Thank you in advance for your consideration of this request.

           Very truly yours,

            /s/ Jeremy H. Temkin
           Jeremy H. Temkin

cc: All Counsel of Record (Via ECF)
   U.S. Pretrial Services Officer Melissa Roman (Via Email)