

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KTF
F.#2016R01900

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 19, 2021

<u>By ECF and Electronic Mail</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jason Peltz
               <u>Criminal Docket No. 21-154 (NGG)</u>

Dear Judge Garaufis:

      Please find enclosed a protective order (the "Protective Order") regarding restrictions on the disclosure and dissemination of designated discovery materials, which has been signed by counsel for the defendant Jason Peltz and by counsel for the government. The government respectfully requests that the Court enter and file the Protective Order.

      Respectfully submitted,

      MARK J. LESKO
      Acting United States Attorney
      Eastern District of New York

By:     /s/
      Kaitlin T. Farrell
      Sarah M. Evans
      Assistant U.S. Attorneys
      718-254-7000

cc:    Jeremy Temkin, Esq. (by ECF)
       Clerk of Court (NGG) (by ECF)

Enclosure