

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KTF/SME
F. #2016R001900

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 10, 2021

<u>By Electronic Mail, FedEx and ECF</u>

Jeremy Temkin, Esq.
Ryan McMenamin, Esq.
Morvillo Abramowitz
565 5th Ave
New York, NY 10017

   Re: <u>United States v. Jason Peltz</u>
      <u>Criminal Docket No. 21-CR-154 (NGG)</u>

Dear Mssrs. Temkin and McMenamin:

   Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government requests reciprocal discovery from the defendant.

   This disclosure supplements the government's earlier disclosure by letter dated May 3, 2021. Enclosed please find the following materials, which are produced subject to the terms of the Protective Order:

| Description | Beginning Bates | End Bates |
|---|---|---|
| Contents of iPhone 10 (Barcode: E6712537) | PELTZ_EDNY000000064697 | PELTZ_EDNY000000064697 |
| Contents of iPhone 11 Pro Max (Barcode: E6712536) | PELTZ_EDNY000000064698 | PELTZ_EDNY000000064698 |
| Contents of iPhone SE (Barcode: E6712540) | PELTZ_EDNY000000064699 | PELTZ_EDNY000000064699 |
| Contents of iPhone 11 (Barcode: E6712538) | PELTZ_EDNY000000064700 | PELTZ_EDNY000000064700 |
| Contents of older model iPhone (Barcode: E6712539) | PELTZ_EDNY000000064701 | PELTZ_EDNY000000064701 |
| Search Warrant and Affidavit in support of a Search Warrant for information stored by Google and Microsoft | PELTZ_EDNY000000064702 | PELTZ_EDNY000000064743 |
| Search Warrant and Affidavit in support of a Search Warrant for information stored by Google | PELTZ_EDNY000000064744 | PELTZ_EDNY000000064802 |
| Search Warrant and Affidavit in support of a Search Warrant for information stored by Apple | PELTZ_EDNY000000064803 | PELTZ_EDNY000000064866 |

| Description | Beginning Bates | End Bates |
|---|---|---|
| Search Warrant and Affidavit in support of Plain-View Search | PELTZ_EDNY000000064867 | PELTZ_EDNY000000064958 |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

MARK J. LESKO
Acting United States Attorney

By: /s/ Kaitlin T. Farrell
Kaitlin T. Farrell
Sarah M. Evans
Assistant U.S. Attorneys
(718) 254-6072/6490

Enclosures

cc: Clerk of the Court (NGG) (by ECF) (without enclosures)