

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KTF/SME                                    *271 Cadman Plaza East*
F. #2016R001900                            *Brooklyn, New York 11201*

May 21, 2021

<u>By Electronic Mail and ECF</u>

Jeremy Temkin, Esq.
Ryan McMenamin, Esq.
Morvillo Abramowitz
565 5th Ave
New York, NY 10017

       Re:    United States v. Jason Peltz
              <u>Criminal Docket No. 21-CR-154 (NGG)</u>

Dear Mssrs. Temkin and McMenamin:

       Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production includes documents from the Internal Revenue Service that are subject to the terms of the Protective Order and are Bates-numbered PELTZ_EDNY000000064959 through PELTZ_EDNY000000065056. The government requests reciprocal discovery from the defendant. If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

                 Very truly yours,

                 MARK J. LESKO
                 Acting United States Attorney

       By:   <u>/s/ Kaitlin T. Farrell</u>
                 Kaitlin T. Farrell
                 Sarah M. Evans
                 Assistant U.S. Attorneys
                 (718) 254-6072/6490

Enclosures

cc:     Clerk of the Court (NGG) (by ECF) (without enclosures)