

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KTF
F. #2016R001900

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 28, 2021

<u>By Electronic Mail and ECF</u>

Jeremy Temkin, Esq.
Ryan McMenamin, Esq.
Morvillo Abramowitz
565 5th Ave
New York, NY 10017

      Re:   <u>United States v. Jason Peltz</u>
             <u>Criminal Docket No. 21-CR-154 (NGG)</u>

Dear Mssrs. Temkin and McMenamin:

      Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production contains the following materials:

| Description | Bates Numbers |
| --- | --- |
| Full Google search warrant returns for JPELTZ8 and METROPOLISDIRECTLTD | PELTZ_EDNY000000065057-PELTZ_EDNY000000065058 |
| Full Apple search warrant returns for JPELTZ183 | PELTZ_EDNY000000065059-PELTZ_EDNY000000065060 |

The government requests reciprocal discovery from the defendant. If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

        Very truly yours,

        MARK J. LESKO
        Acting United States Attorney

By:   /s/ Kaitlin T. Farrell
        Kaitlin T. Farrell
        Sarah M. Evans
        Assistant U.S. Attorneys
        (718) 254-6072/6490

Enclosures

cc:     Clerk of the Court (NGG) (by ECF) (without enclosures)