

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KTF
F.#2016R01900

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 17, 2021

<u>By ECF and Electronic Mail</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jason Peltz
             <u>Criminal Docket No. 21-154 (NGG)</u>

Dear Judge Garaufis:

      The government writes on behalf of the parties to respectfully request an adjournment of the status conference currently scheduled for Tuesday, June 22, 2021 at 11 a.m. The reason for the request is that the government is in the process of producing discovery and the parties anticipate being in a better position to discuss next steps with the Court in a few weeks following additional productions. We respectfully request that the Court adjourn the conference until the week of July 26, 2021 (although not on Tuesday morning, July 27, 2021), and that speedy trial time be excluded until the next status conference.

                            Respectfully submitted,

                            MARK J. LESKO
                            Acting United States Attorney
                            Eastern District of New York

            By:     <u> /s/                </u>
                            Kaitlin T. Farrell
                            Sarah M. Evans
                            Assistant U.S. Attorneys
                            718-254-7000

cc:    Jeremy Temkin and Ryan McMenamin (counsel for defendant) (by ECF)
       Clerk of Court (NGG) (by ECF)