

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KTF
F.#2016R01900

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 4, 2022

By ECF and Electronic Mail

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jason Peltz
            Criminal Docket No. 21-154 (NGG)

Dear Judge Garaufis:

      The government writes on behalf of the parties to respectfully request a three-week adjournment of the status conference currently scheduled for Thursday, January 6, 2022 at 10:30 a.m. The reason for the request is that the parties have made progress towards a possible resolution short of trial, but that progress has been on hold in recent weeks due to complexities caused by the recent omicron surge, including infection and exposure to infected persons. We respectfully request that the Court grant a three-week adjournment to allow the parties to continue their plea negotiations and exclude speedy trial time until the next status conference.

      Respectfully submitted,

      BREON PEACE
      United States Attorney
      Eastern District of New York

By:    /s/
      Kaitlin T. Farrell
      Sarah M. Evans
      Barry O'Connell (SAUSA)
      Assistant U.S. Attorneys
      718-254-7000

cc:    Jeremy Temkin and Ryan McMenamin (counsel for defendant) (by ECF)
        Clerk of Court (NGG) (by ECF)