# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com
212-880-9470

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

February 22, 2022

**VIA ECF AND E-MAIL**

The Honorable Nicholas G. Garaufis
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    **United States v. Peltz**, Case No. 1:21-cr-00154

Dear Judge Garaufis:

    This firm represents defendant Jason Peltz in the above-referenced action, which is scheduled for a status conference this Friday, February 25, 2022 at 9:30 a.m. Unfortunately, Mr. Peltz's grandfather passed away this past weekend and the funeral is also scheduled to take place this Friday. With the government's consent, I respectfully write to request a two-week adjournment of the scheduled conference.

    On behalf of Mr. Peltz, we consent to the exclusion of time from the speedy trial calculations until the rescheduled date.

    Thank you in advance for your consideration of this request.

                              Very truly yours,

                              /s/ Jeremy H. Temkin
                              Jeremy H. Temkin

cc:    All Counsel of Record (Via ECF)