

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KTF
F.#2016R01900

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 10, 2022

By ECF and Electronic Mail

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jason Peltz
                 Criminal Docket No. 21-154 (NGG)

Dear Judge Garaufis:

      The government writes on behalf of the parties to respectfully request a two-week adjournment of the status conference currently scheduled for Friday, March 11, 2022 at 2:00 p.m. to Friday, March 25, 2022.   The parties anticipate reaching a resolution short of trial and request a brief adjournment to resolve their plea negotiations.   We respectfully request that the Court grant the adjournment and exclude speedy trial time until the next court date.

                        Respectfully submitted,

                        BREON PEACE
                        United States Attorney
                        Eastern District of New York

        By:     /s/
                        Kaitlin T. Farrell
                        Sarah M. Evans
                        Barry O'Connell (SAUSA)
                        Assistant U.S. Attorneys
                        718-254-7000

cc:    Jeremy Temkin and Ryan McMenamin (counsel for defendant) (by ECF)
        Clerk of Court (NGG) (by ECF)