DOCKET NUMBER: CR 21-0154 (NGG)

CRIMINAL CAUSE FOR PLEADING

Date Received By Docket Clerk:_____ Docket Clerk Initials:_____

BEFORE JUDGE: <u>GARAUFIS</u> DATE: MARCH 29, 2022 TIME IN COURT ___ HRS 60 MINS
@ 3:00 PM.

**1. DEFENDANT: JASON PELTZ**

Present X   Not Present   Custody   Not Custody X

**DEFENSE COUNSEL: JEREMY TEMKIN / RYAN MCMENAMIN**
   FEDERAL DEFENDER:        CJA:            RETAINED: X

**2. DEFENDANT:**
Present     Not Present     Custody          Not Custody

**DEFENSE COUNSEL:**
   FEDERAL DEFENDER:        CJA:            RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody     Not Custody

**DEFENSE COUNSEL:**
   FEDERAL DEFENDER:   CJA:   RETAINED:

**A.U.S.A.: KAITLIN FARRELL / SARAH EVANS**

**COURT REPORTER: GEORGETTE BETTS**
**INTERPRETER:         LANGUAGE:**

| | | |
|---|---|---|
| X | Change of Plea Hearing (~Util-Plea Entered) | ☐ Revocation of Probation contested |
| ☐ | Arraignment | ☐ Sentencing on a violation |
| ☐ | Bail Application | ☐ Motion Hearing |
| ☐ | Violation | ☐ Hearing |
| ☐ | Status Conference | ☐ Sentencing |
| ☐ | Bail Violation Hearing | ☐ Motion for sentence reduction |
| ☐ | Curcio Hearing | ☐ Oral Argument |
| ☐ | Voir Dire Held   ☐   Jury selection | Jury trial |
| ☐ | Jury Trial Death Penalty   ☐   Sentence enhancement Phase   ☐ | Bench Trial Begun |

**Speedy Trial Start :   Speedy Trial Stop:   CODE TYPE: XT**
**Do these minutes contain ruling(s) on motion(s)?   YES           NO   X**

THE DEFENDANT PLEADS GUILTY TO COUNTS 2 AND 10 OF THE INDICTMENT; SENTENCING IS SCHEDULED FOR FRIDAY, JULY 22, 2022 AT 10:00 AM.