# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

jtemkin@maglaw.com
(212)-880-9480

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

June 29, 2022

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. Peltz**, Case No. 1:21-cr-00154

Dear Judge Garaufis:

This firm represents Jason Peltz, the defendant in the above-referenced action.

Mr. Peltz is presently scheduled to be sentenced on July 22, 2022 at 10:00 a.m. I have, however, been informed that the initial disclosure of the Presentence Investigation Report will not be made available to the parties until July 8, 2022. As a result, I am respectfully writing on behalf of both parties to request an adjournment of Mr. Peltz's sentencing hearing to the week of August 22, 2022, or as soon thereafter as is convenient to the Court.

Thank you in advance for your consideration of this request.

Very truly yours,

/s/ Jeremy H. Temkin
Jeremy H. Temkin

cc: All Counsel of Record (Via ECF)
Michelle Malko, U.S. Probation Officer