

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

KTF
F.#2016R01900

*271 Cadman Plaza East
Brooklyn, New York 11201*

October 27, 2022

<u>By ECF and Electronic Mail</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jason Peltz
            <u>Criminal Docket No. 21-154 (NGG)</u>

Dear Judge Garaufis:

      The government respectfully writes to request a brief adjournment of its deadline to file its sentencing letter in the above-captioned case. Pursuant to Your Honor's individual rules, the government's submission deadline is today. This morning, defense counsel presented additional information to the government that it would like the government to consider in making its sentencing recommendation to the Court. The government respectfully requests until Monday, October 31, 2022 to file its sentencing submission so that it may consider the defense's position and update its submission accordingly. We believe this will make the sentencing hearing more efficient and streamline the issues for the Court's consideration. The defendant consents to this request.

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney
                                        Eastern District of New York

                   By:      /s/
                          Kaitlin T. Farrell
                          Assistant U.S. Attorney
                          718-254-6072

cc:    Jeremy Temkin and Ryan McMenamin (counsel for defendant) (by ECF)
       Clerk of Court (NGG) (by ECF)