# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

rmcmenamin@maglaw.com
(212)-880-9537

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

November 9, 2022

<u>**VIA ECF**</u>

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>**United States v. Peltz**</u>**, Case No. 1:21-cr-00154**

Dear Judge Garaufis:

      This firm represents Jason Peltz, the defendant in the above-referenced action.

      On November 7, 2022, we submitted a letter responding to the government's sentencing submission. That letter (ECF No. 61) was inadvertently docketed under seal because of an automated function within the Court's electronic filing system. I am informed by the Clerk's office that we need your Honor's authorization for our letter to be filed on the public docket. Thus, we respectfully request that the Court authorize the unsealing of the document.

      Thank you for your consideration of this request.

               Very truly yours,

               /s/ Ryan McMenamin
               Ryan McMenamin

cc:    Kaitlin Farrell, Assistant U.S. Attorney (via ECF)
       Sarah Evans, Assistant U.S. Attorney (via ECF)