UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------- X

UNITED STATES OF AMERICA

— against —

JASON PELTZ,

        Defendant.

------------------------------- X

ORDER OF RESTITUTION

Criminal Docket No. 21-154 (NGG)

WHEREAS, defendant JASON PELTZ was sentenced on November 17, 2022, in the above-captioned case,

1. This order of restitution will be incorporated by reference to the Judgment to be filed in connection with the above-captioned case.

2. The defendant is directed to pay restitution to the victim named, and in the amount listed in Exhibit A to this order.

3. Restitution is due immediately, but payable at the rate of 10% of the defendant's gross monthly income, earned and/or unearned from all sources, in monthly payments. The total restitution amount to be paid is $1,017,353.94. See 18 U.S.C. § 3612(f). Monthly payments shall be made to the Clerk of the Court, United States District Court, 225 Cadman Plaza East, Brooklyn, N.Y. 11201. The payment instrument shall reference the case name and number, as set forth above.

4. By statute, the defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of the judgment, unless waived or modified by the court. See 18 U.S.C. § 3612(f). At the time of sentencing, I waived this requirement.

5.  The defendant shall notify the Court and the Financial Litigation Unit of the United States Attorney's Office, Eastern District of New York of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution. See 18 U.S.C. § 3664(k).

6.  The restitution imposed is lien in favor of the United States on all property and rights to property of the person fined as if the liability of the person fined were a liability for a tax assessed under the Internal Revenue Code of 1986. The lien arises on the entry of judgment and continues for 20 years or until the liability is satisfied, remitted[1], set aside, or is terminated under subsection 18 U.S.C. § 3613(b). See 18 U.S.C. § 3613(c).

7.  The Clerk is directed to distribute restitution payments to the victim promptly upon receipt. The United States Department of Probation and the United States Attorney's Office are directed to provide to the Clerk whatever assistance is necessary to assure prompt distribution of restitution payments. The Clerk is directed to mail a copy of the instant document and the attachment to the Criminal Assistant assigned to the instant case and the Financial Litigation Unit of the United States Attorney's Office of the Eastern District of New York.

Dated:  Brooklyn, New York
        December 19, 2022

s/Nicholas G. Garaufis
_____
HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

---

[1] Remission is applicable to fines only.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------X

UNITED STATES OF AMERICA                    Criminal Docket No. 21-154 (NGG)

- against -

JASON PELTZ,

                Defendant.

------------------X

## EXHIBIT A TO ORDER OF RESTITUTION

| VICTIM NAME AND ADDRESS | LOSS AMOUNT |
|---|---|
| (1) Internal Revenue Service<br>ATTN: DOJ/Criminal Restitution, Mail Stop 6261 P-6<br>333 West Pershing Road<br>Kansas City, MO 64108 | $1,017,353.94 |
| Total Restitution | $1,017,353.94 |