# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

| | 565 FIFTH AVENUE | SENIOR COUNSEL |
|---|---|---|
| ELKAN ABRAMOWITZ | NEW YORK, NEW YORK 10017 | PAUL R. GRAND |
| RICHARD F. ALBERT | (212) 856-9600 | |
| ROBERT J. ANELLO* | FAX: (212) 856-9494 | COUNSEL |
| KATHLEEN E. CASSIDY | | JASMINE JUTEAU |
| BENJAMIN S. FISCHER | | |
| CATHERINE M. FOTI | www.maglaw.com | ROBERT G. MORVILLO |
| CHRISTOPHER B. HARWOOD | | 1938-2011 |
| LAWRENCE IASON | | MICHAEL C. SILBERBERG |
| BRIAN A. JACOBS | | 1940-2002 |
| TELEMACHUS P. KASULIS | rmcmenamin@maglaw.com | JOHN J. TIGUE, JR. |
| KAREN R. KING | (212)-880-9537 | 1939-2009 |
| ROBERT M. RADICK* | | |
| JONATHAN S. SACK** | | |
| EDWARD M. SPIRO | | |
| JEREMY H. TEMKIN | | *ALSO ADMITTED IN WASHINGTON, D.C. |
| RICHARD D. WEINBERG | | **ALSO ADMITTED IN CONNECTICUT |

November 9, 2022

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  **United States v. Peltz, Case No. 1:21-cr-00154**

Dear Judge Garaufis:

This firm represents Jason Peltz, the defendant in the above-referenced action.

On November 7, 2022, we submitted a letter responding to the government's sentencing submission. That letter (ECF No. 61) was inadvertently docketed under seal because of an automated function within the Court's electronic filing system. I am informed by the Clerk's office that we need your Honor's authorization for our letter to be filed on the public docket. Thus, we respectfully request that the Court authorize the unsealing of the document.

Thank you for your consideration of this request.

Very truly yours,

/s/ Ryan McMenamin
Ryan McMenamin

cc:  Kaitlin Farrell, Assistant U.S. Attorney (via ECF)
     Sarah Evans, Assistant U.S. Attorney (via ECF)

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 12/26/22