UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASON PELTZ,

           Defendant.

ORDER EXONERATING BAIL

21 CR 154 (NGG)

WHEREAS, the Court having sentenced the defendant Jason Peltz on November 16, 2022 to a five-year term of probation and the conditions of defendant's bond having been satisfied,

IT IS HEREBY ORDERED, pursuant to Federal Rule of Criminal Procedure 46(g), that Mr. Peltz's passport be returned and that all bail furnished to secure Mr. Peltz's appearance in this matter, be, and hereby are, released and exonerated in all respects.

SO ORDERED

Brooklyn NY
March 29, 2023

s/Nicholas G. Garaufis
------------------------------
Nicholas G. Garaufis, J.