# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

|  |  |  |
|---|---|---|
| United States of America, | ) | |
| *Plaintiff* | ) | Case No.   21-CR-0154 (NGG) |
| v. | ) | |
| Jason Peltz. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jason Peltz.                                                                                                    .

Date:     06/27/2024

/s/Brian P. Ketcham
*Attorney's signature*

Brian P. Ketcham (BK9934)
*Printed name and bar number*

Ketcham Law PLLC
52 Duane Street, 7th Floor
New York, New York 10007

*Address*

bk@ketchampllc.com
*E-mail address*

(212) 518-6380
*Telephone number*

(866) 467-7591
*FAX number*