BRIAN P. KETCHAM, ESQ.
52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
(212) 518.6380
WWW.KETCHAMPLLC.COM

June 30, 2025

**VIA ECF**

Hon. Nicholas G. Garaufis
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: *United States v. Jason Peltz*, No. 21-CR-154 (NGG)

Dear Judge Garaufis:

I am one of the attorneys for Jason Peltz and write to request that the Court permit Mr. Peltz to travel to several European countries (noted below) during the period July 4, 2025, through on or about August 5, 2025 (Mr. Peltz is still working on his return flight, as he is using credit card points for the proposed trip). The purpose of this travel request is to allow Mr. Peltz to attend approximately eight different business meetings.

The Court sentenced Mr. Peltz on November 17, 2022 to, *inter alia*, five years' probation, and imposed restitution in the amount of $1,017,353.94 and forfeiture in the amount of $133,364.00. Mr. Peltz is now gainfully employed as a consultant at Versari Management LLC and is compliant with all his probation terms.

Mr. Peltz recently travelled to Spain for business meetings (*see* ECF No. 79). He complied with all check-in and reporting conditions and returned to New York without incident. Unfortunately, a massive power outage in Barcelona resulted in the planned business meetings for that trip being cancelled.

Mr. Peltz has recently been invited to several business meetings scheduled to be held in Italy (from July 5-6, and again from July 16-27), France (from July 7-9), Spain (from July 10-14), Switzerland (from July 28 – August 2), and England (August 4). All of these meetings are business-related, including meetings scheduled to be held in Spain that had to be rescheduled due to the power outage. Mr. Peltz has provided details about these meetings to his Probation Officer and will provide an even more detailed itinerary and meeting schedule prior to his trip, as some meeting details are still in the process of being worked out.[1]

---

[1] As with Mr. Peltz's previous travel request (ECF No. 79), the details of the business meetings described above are not described in this letter because they involve sensitive business negotiations and strategy. However, Mr. Peltz and his counsel would be pleased to provide more detailed meeting information should the Court wish to conduct a status or telephone conference.

I have conferred with Probation, which has informed me that, while it considers Mr. Peltz in compliance with all conditions of probation, it objects to this travel request because of its proposed length and because it would include multiple destinations instead of just one or two destinations. I have also conferred with counsel for the Government, which has informed me that that the Government defers to Probation for this travel request.

Should the Court grant this travel request, in addition to a detailed itinerary, Mr. Peltz intends to provide his Probation Officer with email updates every 48 hours while abroad and will report to Probation via email or telephone within six hours after he returns to the United States.

For the reasons set out above, and the for the same reasons outlined in Mr. Peltz's previous travel request (ECF No. 79), I respectfully request that the Court grant Mr. Peltz permission to travel to the countries described above during the period July 4, 2025 through on or about August 5, 2025 (Mr. Peltz will confirm his exact return date with Probation when he confirms a return flight to New York).

Respectfully submitted,

/s/Brian P. Ketcham
Brian P. Ketcham

Cc: AUSAs Kaitlin Farrell and Sarah Evans (via ECF)
USPO Christina Venable (via email)